**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CRAIG COOPER, | ) | No. CV 11-2185 CAS (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| T.L. GONZALES, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: <u>March 18, 2011</u>

*Christina A. Snyder*
CHRISTINA A. SNYDER
United States District Judge